# BERNSTEIN CLARKE & MOSKOVITZ

11 Park Place, Suite 914, New York, New York 10007
www.bcmlaw.com   Tel. (212) 321-0087   Fax (917) 722-0930

Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

June 11, 2019

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v Randy Torres, et al**
**16 CR 809 (VM)**

Dear Judge Marrero,

I request that Your Honor assign Julie de Almeida, Esq. as a litigation support specialist to assist in the defense of Mr. Torres. In this matter, the government provided the defense with voluminous social media records. These records are tens of thousands of pages long and, through no fault of the government, are formatted in a way that is not meaningfully useful to the defense. To remedy this issue, one would need to reformat the raw social media zip files, also provided by the government, with a particular type of software program. The reformatting would both condense the social media records and also display the information in a way that the defense can meaningfully review these records. The reformatting requires not only a program but the expertise and experience in such reformatting.

Ms. de Almeida has the expertise, experience, and access to the software to properly reformat and organize the voluminous social media records so that the defense can actually review the social media in a meaningful way. Without her assistance the defense would be unable to do so. It is the defense's understanding that there are seven (7) zip files that contain the raw social media data and that it takes approximately ten (10) hours to process and reformat each zip file. In order to control costs, we will be sharing the reformatted discovery materials with counsel for the other co-defendants.

Ms. de Almeida is an experienced and well-known attorney, discovery coordinator, and litigation support specialist who has been appointed to numerous CJA cases in the Southern District of New York. Additionally, she has been assigned to and/or assisted with complex multiple defendant cases that have involved enormous amounts of electronic discovery in the Northern District of California, Nevada, Kansas, Virginia, Puerto Rico, Oregon and Missouri.

**BERNSTEIN CLARKE & MOSKOVITZ**

Therefore, I respectfully request that Your Honor assign Julie de Almeida, Esq. as a litigation support specialist to assist Mr. Torres in his defense. I ask that Your Honor approve that she may bill at a rate of $148/hour for up to seventy (70) hours and leave to request more hours if need be.

Thank you very much.

                                                Respectfully submitted,

Andrew M. J. Bernstein, Esq.
*Attorney for Defendant Randy Torres*
BERNSTEIN CLARKE & MOSKOVITZ, PLLC
11 Park Place, Suite 914
New York, NY 10007
bernstein@bcmlaw.com