

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2019

**BY ECF AND FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/19
```

Re:   **United States v. Torres, et al., S8 16 Cr. 809 (VM)**

Dear Judge Marrero:

On December 9, 2019, the Court ordered the Government to respond to defendant Randy Torres' motion to modify the protective order (*see* Dkt. No. 379) by December 13, 2019. The Government and defense counsel have been conferring in an attempt to resolve the disputes described therein, and believe that the parties will be able to either resolve or significantly narrow those disputes given an opportunity for further discussion. Thus, with the consent of Torres' counsel, the Government respectfully requests that the date for its response be adjourned to Tuesday, December 17, 2019, so that the parties may continue to meet and confer.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:   /s/
Jessica Fender / Anden Chow / Jacqueline Kelly
Assistant United States Attorneys
(212) 637-2276 / 2348 / 2456

cc: Counsel of record (by ECF)

SO ORDERED. Request GRANTED.

12-12-19
DATE

VICTOR MARRERO, U.S.D.J.