UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
FILED: 1/16/20
```

-----------------------------------------------------------x

UNITED STATES OF AMERICA

OR~~DER~~

- against -

16 Cr. 809 (VM)

RANDY TORRES et al.

        Defendant

-----------------------------------------------------------x

WHEREAS, Sam A. Schmidt, Esq. and Andrew Bernstein, Esq have been assigned to represent RANDY TORRES, and Katelyn Wasserman approved to provide the services of a paralegal, all pursuant to the Criminal Justice Act;

WHEREAS, a pretrial mega case budget previously was prepared and approved;

WHEREAS, a request has been made to approve the following additional pretrial hours:

    Sam A. Schmidt - an additional 150 pretrial hours;

IT IS HEREBY ORDERED that the additional time is authorized

Dated: New York, New York
       January 15, 2020

                                      Hon. VICTOR MARRERO
                                      United States District Judge