UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

RANDY TORRES,
              Defendant.
-------------------------------------------------------X

ORDER

16 CR 809 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/20

VICTOR MARRERO, U.S.D.J.

Upon the application of Andrew M. J. Bernstein, Esq., and Sam A. Schmidt, Esq., counsel for RANDY TORRES, the defendant in the above captioned case;

IT IS HEREBY ORDERED, that the METROPOLITAN DETENTION CENTER allow the following clothing to be admitted for RANDY TORRES, Register Number 19810-104, for his upcoming trial beginning on February 4, 2020.

1. 2 Slacks
2. 3 Shirts
3. 2 Ties
4. 3 Pairs of Socks
5. 1 Pair of Shoes
6. 1 Belt
7. 1 Sweater
8. 3 Under shirts

IT IS FURTHER ORDERED, that the METROPOLITAN DETENTION CENTER accept appropriate replacement clothing as needed during the trial which is expected to last three (3) weeks.

Dated: New York, New York
       January 27, 2020

SO ORDERED:

HON. VICTOR R. MARRERO
UNITED STATES DISTRICT JUDGE