

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2021
```

January 22, 2022

**VIA CM/ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-6382

      Re:  *United States v. Torres et al.*, 16 Cr. 809 (VM)

Dear Judge Marrero:

      The Government writes respectfully seeking a brief extension to file its response to defendant Randy Torres' motion for a new trial pursuant to Federal Rule of Criminal Procedure 33. (Dkt. No. 577.)  The Court previously granted the Government's request that it be permitted to file its response to that motion on or before January 25, 2021.  The Government now respectfully requests that it be permitted to file its response on or before January 29, 2021.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:_____/s/_____
      Jessica Fender
      Anden Chow
      Jacqueline Kelly
      Assistant United States Attorneys
      Southern District of New York
      Tel:  (212) 637-2276 / 2348 / 2456

---

The request for extension until on or before January 29, 2021 is granted.

**SO ORDERED.**

1/22/2021
DATE — VICTOR MARRERO, U.S.D.J.