**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
lawschmidt@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021

**Sam A. Schmidt, Esq.**
_____

February 2, 2021

Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
New York, NY 10007
**By ECF**

Re: *United States v. Randy Torres*, et al
16 Cr. 809 (VM)

Dear Hon. Judge Marrero:

    I respectfully request that defense counsel have until Monday, February 8, 2021 to file a reply to the government's letter in opposition to defendant's motion for a new trial.

                                      Respectfully,
                                                  /s/
                                      Sam A. Schmidt
                                      Andrew M. J. Bernstein
                                      Attorneys for Randy Torres



The request is granted.

SO ORDERED.

2/2/2021
DATE

VICTOR MARRERO, U.S.D.J.