USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

Plaintiff/Respondent,

- against -

RANDY TORRES,

Defendant/Movant.

**16-CR-809-10 (VM)**
**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court, having concluded that the Motion brought under 28 U.S.C. § 2255 by Defendant/Movant Randy Torres ("Torres") (Dkt. No. 741) should not be summarily dismissed as being without merit, hereby **ORDERS** that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued. Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Torres shall have thirty days from the date on which Torres is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

**SO ORDERED.**

Dated: 1 October 2026
New York, New York

Victor Marrero
U.S.D.J.